1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| NORMAN GERALD DANIELS III, | Case No.  1:13-cv-00202-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR "PRIORITY LEGAL USER" STATUS |
| v. | (Doc. 34) |
| R. TOLSON, et al., | |
| Defendants. | |

10
11
12
13
14
15

16    Plaintiff Norman Gerald Daniels III, a state prisoner, is proceeding pro se and in forma

17 pauperis in this civil action brought pursuant to 42 U.S.C. § 12132, the Americans with

18 Disabilities Act ("ADA").  On October 5, 2015, Plaintiff filed a motion seeking "Priority Legal

19 User" status for the duration of this case.

20    The Court is well aware of the challenges faced by prison officials and prisoners relating to

21 the allocation of resources, and law library access and other issues related to litigation are taken

22 into consideration when granting extensions of time.  The Court cannot, however, grant Plaintiff

23 "Priority Legal User" status.  The Court lacks jurisdiction to do so and additionally, federal courts

24 must refrain from interfering with the day-to-day management of prisons, a category in which

25 determinations regarding law library access squarely fall.  *Bell v. Wolfish*, 441 U.S. 520, 546-47,

26 99 S.Ct. 1861, 1878 (1979); *Griffin v. Gomez*, 741 F.3d 10, 20-1 (9th Cir. 2014); *see also Zenith*

27 *Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 110, 89 S.Ct. 1562 (1969) ("a court has no

28 power to adjudicate a personal claim or obligation unless it has jurisdiction over the person of the

defendant"); *Zepeda v. United States Immigration Service*, 753 F.2d 719, 727 (9th Cir. 1985) (a

the federal court "may not attempt to determine the rights of persons not before the court.").

     Accordingly, Plaintiff's motion for "Priority Legal User" status is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **October 6, 2015**                           **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE