# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN GERALD DANIELS III, | Case No. 1:13-cv-00202-AWI-SKO (PC) |
| Plaintiff, | ORDER (1) VACATING FINDINGS AND RECOMMENDATIONS AND (2) DIRECTING CLERK OF COURT TO AMEND DOCKET TO REFLECT WITHDRAWAL OF MOTION |
| v. | |
| R. TOLSON, et al., | |
| Defendants. | (Docs. 39-41) |

Plaintiff Norman Gerald Daniels III, a state prisoner, is proceeding pro se and in forma pauperis in this civil action brought pursuant to 42 U.S.C. § 12132, the Americans with Disabilities Act ("ADA"). On November 5, 2015, Defendant Sherman filed a Motion to Dismiss and on November 12, 2015, the undersigned issued Findings and Recommendations recommending the motion be denied.

Defendant filed a Notice of Withdrawal of the Motion to Dismiss on November 13, 2015. Accordingly, the Findings and Recommendations are HEREBY VACATED, and the Clerk of the Court is DIRECTED to amend the docket to reflect withdrawal of the motion.

IT IS SO ORDERED.

Dated: **November 16, 2015**           **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE