UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN GERALD DANIELS III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　Defendant. | Case No.: 1:13-cv-00202-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 69] |

　　　　Plaintiff Norman Gerald Daniels III is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendant's motion to extend the dispositive motion, filed September 29, 2016. The current deadline for filing dispositive motions is October 11, 2016. (ECF No. 47.) This case is currently set for a settlement conference on November 4, 2016, at the Substance Abuse and Treatment Facility and State Prison in Corcoran, California. Defendant requests that the Court extend the dispositive motion deadline for thirty days following the November 4, 2016, settlement conference, to preserve resources if the case is settled.

///

///

///

///

1

Good cause having been presented to the Court, it is HEREBY ORDERED that the dispositive motion deadline is extended to and including, December 5, 2016.

IT IS SO ORDERED.

Dated: __**September 29, 2016**__

UNITED STATES MAGISTRATE JUDGE