# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN GERALD DANIELS III,<br><br>  Plaintiff,<br><br>  v.<br><br>STU SHERMAN,<br><br>  Defendant. | Case No.: 1:13-cv-00202-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND THE TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 114] |

Plaintiff Norman Gerald Daniels III is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant Sherman's request for an extension of time to file a reply to Plaintiff's opposition to the motion for summary judgment, filed May 22, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendant is until June 26, 2017, to file a reply to Plaintiff's opposition.

IT IS SO ORDERED.

Dated: **May 22, 2017**

UNITED STATES MAGISTRATE JUDGE

1