**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORMAN GERALD DANIELS III, | Case No.: 1:13-cv-00202-AWI-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR AFFIDAVIT, LOSS OF VOLUNTEER |
| STU SHERMAN, | [ECF No. 120] |
| Defendant. | |

Plaintiff Norman Gerald Daniels III is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion entitled, "Motion For Affidavit, Loss of Volunteer," filed on July 5, 2017. (ECF No. 120.) In the motion, Plaintiff explains that the inmate who helped him with reading and writing has been transferred. Plaintiff is legally blind, and does not currently have someone to help him read and write his legal documents. No specific relief is requested in the motion.

At this time, Plaintiff has no currently pending deadlines or filings due. Plaintiff is encouraged to continue seeking help at the prison with his vision issue. Should Plaintiff require an extension of time or other accommodation at a later time, he may file an appropriate motion, supported by good cause.

///

///

As no specific relief is sought or necessary at this time, Plaintiff's motion filed on July 5, 2017 (ECF No. 120), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **July 10, 2017**

_____
UNITED STATES MAGISTRATE JUDGE