# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN GERALD DANIELS III,<br><br>      Plaintiff,<br><br>v.<br><br>STU SHERMAN,<br><br>      Defendant. | Case No.: 1:13-cv-00202-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>[ECF No. 129] |

Plaintiff Norman Gerald Daniels III is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file objections to the Findings and Recommendations, filed September 7, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file objections.

IT IS SO ORDERED.

Dated: **September 8, 2017**

UNITED STATES MAGISTRATE JUDGE

1